*v.*

TAKA, INC. et al,
*Defendants,*
McCARTHY,
*Appellant.*

(38533; CA A29110)

681 P2d 805

Richard C. Morley, Salem, argued the cause and filed the brief for appellant.

Robert J. Riecke, Philomath, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Pursuant to our authority under Or Const, Art VII (Amended), § 3, and in light of the trial court's findings, the judgment for plaintiff for general damages in this case is reduced from $13,500 to $5,510. In all other respects, the judgment for plaintiff is affirmed.

Judgment for plaintiff modified by deleting $7,990 from award for general damages; affirmed as modified.